(June 16, 1961)

In the Matter of the Claim of GEORGE MARTORANA, Respondent, v. TENSOLITE INSULATED WIRE COMPANY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Gibson, Herlihy, Reynolds and Taylor, JJ., concur.